# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 22-cr-00330-LL-1 |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| Thuy Cam Tran | Booking No. 98259509 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  5/10/2022
the Court entered the following order:

- [X] Defendant be released from custody on 5/11/2022.
- [ ] Defendant placed on supervised / unsupervised probation / supervised release.
- [ ] Defendant continued on supervised / unsupervised probation / supervised release.
- [X] Defendant released on  $50,000 P/S  Bond posted.
- [ ] Defendant appeared in Court.  FINGERPRINT & RELEASE.
- [ ] Defendant remanded and ( _____ bond ) ( _____ bond on appeal ) exonerated.
- [ ] Defendant sentenced to TIME SERVED, supervised release for _____ years.
- [ ] Bench Warrant Recalled.
- [ ] Defendant forfeited collateral.
- [ ] Case dismissed.
- [ ] Case dismissed, charges pending in case no.
- [ ] Defendant to be release to Pretrial Services for electronic monitoring.
- [X] Other.  Defendant to be released to Pretrial Services on May 11, 2022, by 8am. Contact SPSO Moises Santos, 619-843-9692.

MICHAEL S. BERG

UNITED STATES MAGISTRATE JUDGE

OR

JOHN MORRILL, Clerk of Court

by   M. Niebla (619) 557-6695

**T. Lee - OK**

5/10/22
Electronically Sent to USMS

Crim-9 (Rev. 05/20)
Original

## Read: 22cr330; Abstract (Tran)

CAS Releases

Tue 5/10/2022 4:19 PM

To: M Niebla

1 attachments (66 KB)

Read: 22cr330; Abstract (Tran);

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.